PER CURIAM.
There is no merit in any of the appellant’s points which concern the multiple convictions below. California v. Prysock, 453 U.S. 355, 101 S.Ct. 2806, 69 L.Ed.2d 696 (1981); United States v. Contreras, 667 F.2d 976 (11th Cir.1982), cert. denied, 459 U.S. 849, 103 S.Ct. 109, 74 L.Ed.2d 97 (1982); Parker v. State, 421 So.2d 712 (Fla. 3d DCA 1982); Hernandez v. State, 323 So.2d 318 (Fla. 3d DCA 1975). Cole’s sentences are modified so that the three-year minimum mandatory provisions imposed under section 775.087(2), Fla.Stat. (1981) are to run concurrently rather than consecutively. Palmer v. State, 438 So.2d 1 (Fla.1983); State v. Ames, 467 So.2d 994 (Fla. 1985); Wilson v. State, 467 So.2d 996 (Fla.1985).
Affirmed as modified.